UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SERGERVICH PICKETT,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

Defendants.

No. 1:26-cv-01593-KES-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF, AND DENYING MOTION TO AMEND AS MOOT

(Docs. 12, 13)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On March 27, 2026, the assigned magistrate judge screened Plaintiff's first amended complaint and issued findings and recommendations recommending the action be dismissed for failure to state a cognizable claim for relief. Doc. 12. The findings and recommendations were served on Plaintiff and contained notice that objections were due within 14 days. *Id*. at 8.

On April 6, 2026, Plaintiff filed a motion to substitute Kathleen Allison as the named defendant in place of the California Department of Corrections and Rehabilitation. Doc. 13. Thereafter, on April 15, 2026, Plaintiff filed objections to the findings and recommendations. Doc. 14. Plaintiff filed a further declaration on April 22, 2026. Doc. 17.

In accordance with 28 U.S.C. § 636(b)(1), the Court performed a de novo review of the case. Having carefully reviewed the matter, including plaintiff's objections and other filings, the Court concludes the findings and recommendations are supported by the record and proper analysis. Plaintiff's objections do not undermine the analysis set forth in the findings and recommendations. Plaintiff's first amended complaint fails to state a claim upon which relief could be granted, and plaintiff's objections and other filings fail to identify any potential cognizable claim.

The Court ORDERS:

1. The findings and recommendations issued on March 27, 2026 (Doc. 12), are ADOPTED in full.
2. This action is DISMISSED for failure to state a cognizable claim.
3. Plaintiff's motion to substitute Defendant Kathleen Allison for CDCR (Doc. 13) is denied as MOOT.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE